IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDOUARD LATONNELLE,
   Plaintiff,
     v.

CITIMORTGAGE, INC.,
   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-4066-TWT

ORDER

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending granting the Defendant's Motion for Judgment on the Pleadings [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Judgment on the Pleadings [Doc. 7] is GRANTED.

SO ORDERED, this 17 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Latonnelle\r&r.wpd